AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

**WESTERN** District of **ARKANSAS**

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| GLEN M. FITZGERALD | Case Number: 3:08CR30007-001 |
| | USM Number: 05443-082 |
| | Jack Schisler |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  plead guilty to violation of condition(s)  New Law Violation and Standard Condition #11  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| New Law Violation | Arrested for Sexual Assault 4th Degree in Boone County, AR on 08/12/2008 | 08/12/2008 |
| Standard Condition #11 | Failure to Notify Probation Officer of Arrest or Questioning by Law Enforcement Officer | 08/15/2008 |

The defendant is sentenced as provided on page __2__ of this judgment. The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Defendant's Soc. Sec. No.: | XXX-XX-2699 | June 24, 2009 |
|---|---|---|
| | | Date of Imposition of Judgment |
| Defendant's Date of Birth: | XX/XX/1970 | |
| | | /S/ Jimm Larry Hendren |
| | | Signature of Judge |
| Defendant's Residence Address: | | |
| XXXXXXXXXXXXXXXXXXXXX | | |
| Omaha, AR 72662 | | Honorable Jimm Larry Hendren, Chief United States District |
| | | Name and Title of Judge |
| | | June 24, 2009 |
| | | Date |
| Defendant's Mailing Address: | | |
| Same as above | | |

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2    Imprisonment

Judgment — Page  2  of  2

DEFENDANT:      GLEN M. FITZGERALD
CASE NUMBER:    3:08CR30007-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of: **twelve (12) months and one (1) day to run consecutively to Boone County Circuit Court Case Number 2008-196-4. No supervision will follow term of imprisonment.**

X  The Court directs that the defendant surrender to state custody.

☐  The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐  before 2 p.m. on _____ .

☐  as notified by the United States Marshal.

☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL